# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RONALD MARK DUDLEY,  )
    Plaintiff,  )
vs.  )  CIVIL ACTION 16-00109-KD-C
  )
DR. GEORGE RUSYNICK, et al.,  )
    Defendants.

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 24, 2016, is **ADOPTED** as the opinion of this Court. This action is **DISMISSED without prejudice** for Plaintiff's failure to pay the partial filing fee.[1]

**DONE** and **ORDERED** this **16th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's deadline to do so was extended to December 9, 2016. No fee was received. (Doc. 6).